Ian E. Silverberg, Esq., (#5501)
227 Clay Street
Reno, NV 89501
(775) 348-1836
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\* \* \***

ALEX MCKERNON,                                      CASE NO. 3:13-cv-00095 RCJ (VPC)

**STIPULATION FOR DISMISSAL**
Plaintiff,                                                      **WITH PREJUDICE**

vs.

UNITED CEREBRAL PALSY
OF NEVADA, a Domestic Non-Profit
Corporation,

Defendant.
_____/

The undersigned counsel of record for the Plaintiff and Defendant hereby stipulate that this matter be dismissed with prejudice, both sides to bear their own attorneys' fees and costs.

DATED this 1st day of July, 2013.


  /s/ Ian E. Silverberg, Esq.                                  /s/ Janine Prupas
Ian E. Silverberg, Esq., (#5501)                    Janine Prupas (#9156)
227 Clay St.                                                 SNELL & WILMER, LLP
Reno, NV 89501                                            50 West Liberty, Suite 510
(775) 348-1836                                             Reno, NV 89501
Attorney for Plaintiff                                      (775) 785-5440
                                                                 Attorney for Defendant

IT IS SO ORDERED.

Dated: _July 1, 2013_

_____

U.S. District Judge