Ian E. Silverberg, Esq., (#5501)
227 Clay Street
Reno, NV 89501
(775) 348-1836
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ALEX MCKERNON,

Plaintiff,

vs.

UNITED CEREBRAL PALSY OF NEVADA, a Domestic Non-Profit Corporation,

Defendant.

_______________________________________/

CASE NO. 3:13-cv-00095 RCJ (VPC)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The undersigned counsel of record for the Plaintiff and Defendant hereby stipulate that this matter be dismissed with prejudice, both sides to bear their own attorneys' fees and costs.

DATED this 1st day of July, 2013.

/s/ Ian E. Silverberg, Esq.
Ian E. Silverberg, Esq., (#5501)
227 Clay St.
Reno, NV 89501
(775) 348-1836
Attorney for Plaintiff

/s/ Janine Prupas
Janine Prupas (#9156)
SNELL & WILMER, LLP
50 West Liberty, Suite 510
Reno, NV 89501
(775) 785-5440
Attorney for Defendant

IT IS SO ORDERED.

Dated: July 1, 2013

______________________________

U.S. District Judge